IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MELBA ARNELLE TILMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-cv-02246 KHV/JPO |
| | ) |
| PVH Corp. d/b/a TOMMY HILFIGER, | ) |
| | ) |
| Defendant. | ) |

## RULE 7.1 STATEMENT OF PVH CORP.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant PVH Corp. ("PVH"), certifies that: (i) PVH has no parent corporation, and (ii) that no publicly held corporation owns 10% or more of PVH's stock.

Respectfully submitted,

/s/Nicole Hininger Howell
Nicole Hininger Howell, Kansas No. 77994
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Central Plaza
4717 Grand Avenue, Suite 300
Kansas City, Missouri 64112
816.471.1301
816.471.1303 *(Facsimile)*
nikki.howell@ogletreedeakins.com

Daniel Turinsky (admitted pro hac vice)
Elisheva M. Hirshman (admitted pro hac vice)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
(212) 506-1800 (Facsimile)
dturinsky@kasowitz.com
ehirshman@kasowitz.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 5th day of June, 2012, the foregoing was filed electronically with the Clerk of Court using the ECF system and a copy of same was served via Certified Mail and regular U.S. Mail to the following:

Melba A. Tilmon
3901 Nebraska Avenue
Kansas City, Kansas 66102
    **Pro Se Plaintiff**

                                                /s/ Nicole Hininger Howell

12506627.1 (OGLETREE)