IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MELBA ARNELLE TILMON, )
)
Plaintiff, )
)
v. ) Case No. 12-cv-02246 KHV/JPO
)
PVH Corp. d/b/a TOMMY HILFIGER, )
)
Defendant. )

### NOTICE OF VIDEOTAPED DEPOSITION OF
### PLAINTIFF MELBA ARNELLE TILMON

You are hereby notified that the following deposition will be taken in accordance with the Federal Rules of Civil Procedure as follows:

| | |
|---|---|
| **Deponent:** | **Melba Arnelle Tilmon** |
| **Location:** | **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**<br>**4520 Main Street, Suite 400**<br>**Kansas City, Missouri 64111** |
| **Date/Time:** | **Tuesday, September 11, 2012 at 9:00 A.M.** |

The deposition will be taken upon oral examination and such testimony will be recorded stenographically and videotaped by Metropolitan Court Reporters, 9200 Indian Creek Parkway, Suite 205, Overland Park, Kansas 66210. The deposition will continue from day to day, at the same place, until completed or adjourned.

Respectfully submitted,

/s/Nicole Hininger Howell
Nicole Hininger Howell, Kansas No. 77994
OGLETREE, DEAKINS, NASH, SMOAK &
 STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, Missouri 64111
(816) 471-1301
(816) 471-1303 (Facsimile)
nikki.howell@ogletreedeakins.com

Daniel Turinsky (admitted pro hac vice)
Elisheva M. Hirshman (admitted pro hac vice)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
(212) 506-1800 (Facsimile)
dturinsky@kasowitz.com
ehirshman@kasowitz.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 9th day of July, 2012, the foregoing was filed electronically with the Clerk of Court using the ECF system and a copy of same was served via Certified Mail and regular U.S. Mail to the following:

Melba A. Tilmon
3901 Nebraska Avenue
Kansas City, Kansas 66102
tilmoma@aol.com

/s/ Nicole Hininger Howell

12722397.1 (OGLETREE)