IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MELBA ARNELLE TILMON,<br><br>                     Plaintiff,<br><br>v.<br><br>PVH Corp. d/b/a TOMMY HILFIGER,<br><br>                     Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 12-cv-02246 KHV/JPO<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Defendant's First Request for Production of Documents to Plaintiff and Defendant's First Interrogatories to Plaintiff were served electronically and via U.S. Mail on the 9th day of July, 2012 to: Melba Arnelle Tilmon, 3901 Nebraska Avenue, Kansas City, KS 66102.

                    Respectfully submitted,

                    /s/Nicole Hininger Howell
                    Nicole Hininger Howell, Kansas No. 77994
                    OGLETREE, DEAKINS, NASH, SMOAK &
                    STEWART, P.C.
                    Park Central Plaza
                    4717 Grand Avenue, Suite 300
                    Kansas City, Missouri 64112
                    816.471.1301
                    816.471.1303 *(Facsimile)*
                    nikki.howell@ogletreedeakins.com

                                   Daniel Turinsky (admitted pro hac vice)
                                   Elisheva M. Hirshman (admitted pro hac vice)
                                   KASOWITZ, BENSON, TORRES
                                       & FRIEDMAN LLP
                                   1633 Broadway
                                   New York, New York 10019
                                   (212) 506-1700
                                   (212) 506-1800 (Facsimile)
                                   dturinsky@kasowitz.com
                                   ehirshman@kasowitz.com

                                   **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on this 10th day of July, 2012, the foregoing was filed electronically with the Clerk of Court using the ECF system and a copy of same was served via Certified Mail and regular U.S. Mail to the following:

Melba A. Tilmon
3901 Nebraska Avenue
Kansas City, Kansas 66102
**Pro Se Plaintiff**

                                       /s/ Nicole Hininger Howell

12726963.1 (OGLETREE)